# IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| JONATHAN ERIC SWAITE<br>　　　　PLAINTIFF | |
| V. | |
| | CASE NO. 4:19CV00195 SWW |
| CAMERON RHINEHART, Arkansas<br>Community Correction Parole Officer<br>　　　　DEFENDANT | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED THIS 15TH DAY OF APRIL, 2019.

　　　　　　　　　　　　　　　　　　/s/Susan Webber Wright
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE